```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 23809
   JEANNINE CHARLENE FANIZZO
   VINCENT EDWARD FANIZZO                 CHAPTER 13

                                          JUDGE: BRUCE W BLACK
            Debtor
   SSN XXX-XX-6916     SSN XXX-XX-0007

--------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 09/09/08 .

   2.  The case was dismissed without confirmation, 10/10/2008.

--------------------------------------------------------------------
CREDITOR NAME              CLASS      CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                      PAID          PAID
--------------------------------------------------------------------

        Summary of disbursements:
--------------------------------------------------------------------
                    SECURED    PRIORITY    UNSECURED      OTHER        TOTAL
--------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00         .00         .00          .00          .00
PRINCIPAL PAID         .00         .00         .00          .00          .00
INTEREST PAID          .00         .00         .00          .00          .00
TOTAL PAID             .00         .00         .00          .00          .00
The Debtor's attorney, PRO SE DEBTOR                , was allowed $      .00
and was paid $       .00 .

The Trustee received $       .00 .

Refunds to the Debtor totaled $       .00 .




     Dated: 01/21/09            /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
   CASE NO. 08 B 23809 JEANNINE CHARLENE FANIZZO & VINCENT EDWARD FANIZZO
```